No. State 60. STATE, Respondent, V. STRICKLAND, Appellant.

(Also reported in 218 N. W. 2d 375.)

The cause was submitted for the appellant on the brief of *Charles P. Dykman, Paul S. Gratch,* and *Dykman Law Offices,* all of Madison, and for the respondent on the brief of *Robert W. Warren,* attorney general, and *Robert D. Martinson,* assistant attorney general.

Judgment affirmed.